JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL PACHECO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1 through 20 inclusive, | CASE NO.: 2:17-cv-04991-RSWL-JC <br><br> Assigned to: Hon. Ronald S.W. Lew <br><br> **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

-1-

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

The Court having considered Plaintiff Israel Pacheco's and Defendant Lowe's Home Centers, LLC's Joint Stipulation for Dismissal with Prejudice of all Claims Brought by Plaintiff, hereby ORDERS the case dismissed with prejudice, with each party to bear its own respective attorneys' fees and costs, effective September 19, 2018.

All hearings on calendar, and motions, if any, are hereby vacated.

**IT IS SO ORDERED.**

DATED: 9/19/2018        s/ RONALD S.W. LEW
                        Hon. Ronald S.W. Lew
                        Judge of the United States District Court